Jeffrey A. Mitchell
Judith R. Cohen
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York 10019-6708
(212) 277-6500
Attorneys for Plaintiff

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br>                            Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br>Jointly Administered |
| In re:<br><br>LEHMAN BROTHERS, INC.,<br><br>                            Debtor. | Case No. 08-01420 (SCC) SIPA |
| FIRSTBANK PUERTO RICO,<br><br>                            Plaintiff,<br><br>-against-<br><br>BARCLAYS CAPITAL INC.,<br><br>                            Defendant. | Adversary Proc. No. 10-04103 (SCC) |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff FirstBank Puerto Rico appeals to the United States District Court for the Southern District of New York pursuant to 28 U.S.C. § 158(a), from the Judgment for Barclays Capital Inc. of United States Bankruptcy Judge James M. Peck entered in this adversary proceeding on January 23, 2014 (ECF No. 91); the underlying Order Denying Motion of FirstBank Puerto Rico for Summary Judgment, Granting Motion of Barclays Capital Inc. for Summary Judgment, and Setting Briefing Schedule for Motion of Barclays Capital Inc.

for Civil Contempt Sanctions, dated May 23, 2013 (ECF No. 68); and the underlying Order Granting Motion of Barclays Capital Inc. for Civil Contempt Sanctions Against FirstBank Puerto Rico and Setting Amount of Award, dated January 23, 2014 (ECF No. 90).

The names of all parties to the Judgment appealed from, and the names, addresses and telephone numbers of their respective attorneys, are as follows:

|  |  |
|---|---|
| Plaintiff/Appellant: | FirstBank Puerto Rico |
| Attorneys: | Jeffrey A. Mitchell, Esq.<br>Judith R. Cohen, Esq.<br>DICKSTEIN SHAPIRO LLP<br>1633 Broadway<br>New York, New York 10019-6708<br>(212) 277-6500 |
| Defendant/Appellee: | Barclays Capital Inc. |
| Attorneys: | Lindsee P. Granfield, Esq.<br>Boaz S. Morag, Esq.<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>(212) 225-2000 |

Dated: New York, New York
       February 5, 2014

DICKSTEIN SHAPIRO LLP

By:   s/Jeffrey A. Mitchell
      Jeffrey A. Mitchell
      Judith R. Cohen
1633 Broadway
New York, New York 10019-6708
(212) 277-6500
Attorneys for Plaintiff/Appellant
FirstBank Puerto Rico