**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br>08-13555 (JMP)<br>Jointly Administered |
| In re:<br><br>LEHMAN BROTHERS, INC.,<br><br>Debtor. | Case No.<br>08-01420 (JMP) SIPA |
| FIRSTBANK PUERTO RICO,<br><br>Plaintiff,<br><br>-against-<br><br>BARCLAYS CAPITAL INC.,<br><br>Defendant. | Adversary Proc. No.<br>10-04103 (JMP)<br><br>**Bond No. 106054047** |

# SUPERSEDEAS BOND

KNOW ALL MEN BY THESE PRESENTS that First Bank Puerto Rico, as the plaintiff in the above-captioned action and as principal to this Supersedeas Bond ("Principal"), and Travelers Casualty and Surety Company of America, a corporation incorporated under the laws of the State of Connecticut and authorized to do business in the State of New York, as surety ("Surety"), are held and firmly bound to Barclays Capital Inc., defendant ("Obligee"), in the sum of **Two Million Seven Hundred Seventy-Five Thousand Four Hundred Fifty and 00/100 dollars ($2,775,450)**, lawful money of the United States of America for which payment the Principal and

Surety firmly bind themselves, their successors and assigns, jointly and severally to Obligee, by these presents as follows:

WHEREAS, on the 23rd day of January 2014, in the above-named Court, Judgment in an Adversary Proceeding was entered for Obligee in the above-captioned case against the Principal for payment of the sum of $2,500,000 in cash, plus post judgment interest calculated at the post-judgment rate set forth in 28 U.S.C. §1961 (the "Judgment");

WHEREAS, Principal shall appeal or has appealed such Judgment to the United States District Court for the District of New York and/or the United States Court of Appeals for the Second Circuit; and

WHEREAS, this Bond is filed in accordance with the requirements of the United States Bankruptcy Court for the Southern District of New York, for a stay of execution of Judgment pending appeal, pursuant to Rule 8 of the Federal Rules of Appellate Procedure, Rule 62 of the Federal Rules of Civil Procedure, Rules 7062 and 8005 of the Federal Rules of Bankruptcy Procedure and Rule 8005-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

**NOW, THEREFORE:**

1. The condition of the above obligation is such that if Principal shall pay the Judgment or such part of the Judgment which is not reversed upon any appeal, and damages, interest and costs, including as ordered, attorneys' fees and reasonable expenses, then the above obligation is to be void, otherwise to remain in full force and effect; ***provided, however***, that in no event shall the liability of the Surety hereunder be cumulative or exceed the maximum aggregate sum of Two Million Seven Hundred Seventy-Five Thousand Four Hundred Fifty and 00/100

dollars ($2,775,450), lawful money of the United States of America, which sum may not be increased without the express written consent of the Surety.

2. The Principal, the Surety and the Obligee agree that if the amounts due and owing to Obligee under the above conditions are not paid, the Obligee can enforce this Supersedeas Bond against the Principal and the Surety, as set forth herein, in the United States Bankruptcy Court for the Southern District of New York and/or the United States District Court for the Southern District of New York, and the Principal and Surety consent to the jurisdiction of those Courts.

3. The Surety shall not be liable for any party other than the Principal, First Bank Puerto Rico, nor shall the Surety's liability be increased or otherwise affected hereunder in any way whatsoever as a result of the performance or nonperformance of any party or surety therefore other than the Principal, First Bank Puerto Rico.

4. Written notice of claim on this surety bond shall be sent to the following:

Travelers Bond & Financial Products Claim
Attn: Surety Claim
One Tower Square, S102A
Hartford, CT 06183

**Bond No. 106054047**

Dated this 6th day of February, 2014.

First Bank Puerto Rico

By: ______________________

Travelers Casualty and Surety Company of America

By: ______________________
Javier Santiago Rivera, Attorney-In-Fact



DOCSNY-554783v1

Travelers Casualty and Surety Company of America
ATTORNEY-IN-FACT JUSTIFACTION
**PRINCIPAL'S ACKNOWLEDGMENT – IF A CORPORATION**

~~State of~~ Aff. # 101
County of San Juan, Puerto Rico

On this 6th day of february in the year 2014, before me personally appeared Lawrence Odell personally to me know, who, being by me duly sworn, deposes and says: That he/she resides in the City of San Juan that he/she is the General Counsel of FirstBank Puerto Rico, the corporation described in and which executed the within instrument; that he/she knows the seal of said corporation; that the seal affixed to said instrument is such corporate seal; that it was so affixed by order of the Board of Directors of said corporation, and that he/she signed his/her name thereto by like order.

Signature [signature] Seal

STEPHANIE CUMMINGS RODRÍGUEZ ABOGADA - NOTARIA
RECIBO 05481718 9397 $5.00 Sello Asistencia Legal

**PRINCIPAL'S ACKNOWLEDGMENT – IF INDIVIDUAL**

State of ____________
County of ____________

On this_______day of ______________in the year_______, before me personally appeared ______ to me known to be (the individual) (one of the firm of ______ within instrument, and he/she thereupon duly acknowledged to me that he/she executed the same (...

Signature ____________ Seal

**SURETY COMPANY'S ACKNOWLEDGMENT**

~~State of~~ Aff. # 102
~~County of~~ San Juan, Puerto Rico

On this 6th day of Feb. in the year 2014, before me personally appeared Javier Santiago to me known, who, being by me duly sworn, did depose and say: That he/she resides in the City of Carolina, PR ; that he/she is Attorney-in-Fact of **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,** the corporation described in and which executed the within instrument; that he/she knows the corporate seal of said Company; that **TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA,** is qualified to become and be accepted as surety or guarantor on all bonds, undertakings, recognizances, guaranties, and other obligations required or permitted by law; and that such certificate has not been revoked.

[signature]
Notary Public

STEPHANIE CUMMINGS RODRÍGUEZ ABOGADA - NOTARIA
RECIBO 05481719 9397 $5 Sello Asistencia Legal

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER



# POWER OF ATTORNEY

**Farmington Casualty Company**
**Fidelity and Guaranty Insurance Company**
**Fidelity and Guaranty Insurance Underwriters, Inc.**
**St. Paul Fire and Marine Insurance Company**
**St. Paul Guardian Insurance Company**
**St. Paul Mercury Insurance Company**
**Travelers Casualty and Surety Company**
**Travelers Casualty and Surety Company of America**
**United States Fidelity and Guaranty Company**

**Attorney-In Fact No.** 216697

**Certificate No.** 005500511

**KNOW ALL MEN BY THESE PRESENTS**: That Farmington Casualty Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company are corporations duly organized under the laws of the State of Connecticut, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc., is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

Carlos R. Irizarry, Duhamel Iglesias Cacho, and Javier Santiago Rivera

of the City of Guaynabo, State of Puerto Rico, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

WARNING THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this 21st day of May, 2013.

**Farmington Casualty Company**
**Fidelity and Guaranty Insurance Company**
**Fidelity and Guaranty Insurance Underwriters, Inc.**
**St. Paul Fire and Marine Insurance Company**
**St. Paul Guardian Insurance Company**
**St. Paul Mercury Insurance Company**
**Travelers Casualty and Surety Company**
**Travelers Casualty and Surety Company of America**
**United States Fidelity and Guaranty Company**

State of Connecticut
City of Hartford ss.

By: Robert L. Raney, Senior Vice President

On this the 21st day of May, 2013, before me personally appeared Robert L. Raney, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

**In Witness Whereof,** I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2016.

Marie C. Tetreault
Marie C. Tetreault, Notary Public

58440-8-12 Printed in U.S.A.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

This Power of Attorney is granted under and by the authority of the following resolutions adopted by the Boards of Directors of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, which resolutions are now in full force and effect, reading as follows:

**RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President, any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary may appoint Attorneys-in-Fact and Agents to act for and on behalf of the Company and may give such appointee such authority as his or her certificate of authority may prescribe to sign with the Company's name and seal with the Company's seal bonds, recognizances, contracts of indemnity, and other writings obligatory in the nature of a bond, recognizance, or conditional undertaking, and any of said officers or the Board of Directors at any time may remove any such appointee and revoke the power given him or her; and it is

**FURTHER RESOLVED**, that the Chairman, the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President may delegate all or any part of the foregoing authority to one or more officers or employees of this Company, provided that each such delegation is in writing and a copy thereof is filed in the office of the Secretary; and it is

**FURTHER RESOLVED**, that any bond, recognizance, contract of indemnity, or writing obligatory in the nature of a bond, recognizance, or conditional undertaking shall be valid and binding upon the Company when (a) signed by the President, any Vice Chairman, any Executive Vice President, any Senior Vice President or any Vice President, any Second Vice President, the Treasurer, any Assistant Treasurer, the Corporate Secretary or any Assistant Secretary and duly attested and sealed with the Company's seal by a Secretary or Assistant Secretary; or (b) duly executed (under seal, if required) by one or more Attorneys-in-Fact and Agents pursuant to the power prescribed in his or her certificate or their certificates of authority or by one or more Company officers pursuant to a written delegation of authority; and it is

**FURTHER RESOLVED**, that the signature of each of the following officers: President, any Executive Vice President, any Senior Vice President, any Vice President, any Assistant Vice President, any Secretary, any Assistant Secretary, and the seal of the Company may be affixed by facsimile to any Power of Attorney or to any certificate relating thereto appointing Resident Vice Presidents, Resident Assistant Secretaries or Attorneys-in-Fact for purposes only of executing and attesting bonds and undertakings and other writings obligatory in the nature thereof, and any such Power of Attorney or certificate bearing such facsimile signature or facsimile seal shall be valid and binding upon the Company and any such power so executed and certified by such facsimile signature and facsimile seal shall be valid and binding on the Company in the future with respect to any bond or understanding to which it is attached.

I, Kevin E. Hughes, the undersigned, Assistant Secretary, of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company do hereby certify that the above and foregoing is a true and correct copy of the Power of Attorney executed by said Companies, which is in full force and effect and has not been revoked.

WARNING THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

**IN TESTIMONY WHEREOF**, I have hereunto set my hand and affixed the seals of said Companies this 6TH day of FEBRUARY, 2014.

Kevin E. Hughes, Assistant Secretary




















To verify the authenticity of this Power of Attorney, call 1-800-421-3880 or contact us at www.travelersbond.com. Please refer to the Attorney-In-Fact number, the above-named individuals and the details of the bond to which the power is attached.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA

HARTFORD, CONNECTICUT 06183

FINANCIAL STATEMENT AS OF DECEMBER 31, 2012

AS FILED IN THE STATE OF NEW YORK

CAPITAL STOCK $ 6,480,000

| ASSETS | |
|---|---|
| CASH AND INVESTED CASH | $ 15,936,791 |
| BONDS | 3,713,171,015 |
| INVESTMENT INCOME DUE AND ACCRUED | 50,798,732 |
| OTHER INVESTED ASSETS | 280,730,697 |
| PREMIUM BALANCES | 184,942,508 |
| NET DEFERRED TAX ASSET | 63,274,378 |
| REINSURANCE RECOVERABLE | 12,410,524 |
| SECURITIES LENDING REINVESTED COLLATERAL ASSETS | 7,769,155 |
| RECEIVABLES FROM PARENT, SUBSIDIARIES AND AFFILIATES | 11,080,470 |
| UNDISTRIBUTED PAYMENTS | (1,439,585) |
| OTHER ASSETS | 884,093 |
| TOTAL ASSETS | $ 4,339,558,778 |

| LIABILITIES & SURPLUS | |
|---|---|
| UNEARNED PREMIUMS | $ 783,409,692 |
| LOSSES | 901,058,710 |
| REINSURANCE PAYABLE ON PAID LOSSES & LOSS ADJ. EXPENSES | 1,446,021 |
| LOSS ADJUSTMENT EXPENSES | 534,370,660 |
| COMMISSIONS | 29,281,779 |
| TAXES, LICENSES AND FEES | 66,762,894 |
| OTHER EXPENSES | 35,588,967 |
| FUNDS HELD UNDER REINSURANCE TREATIES | 94,449,544 |
| CURRENT FEDERAL AND FOREIGN INCOME TAXES | 60,675,573 |
| REMITTANCES AND ITEMS NOT ALLOCATED | 19,270,931 |
| AMOUNTS WITHHELD / RETAINED BY COMPANY FOR OTHERS | 79,084,806 |
| RETROACTIVE REINSURANCE RESERVE ASSUMED | 3,163,164 |
| POLICYHOLDER DIVIDENDS | 6,730,121 |
| PROVISION FOR REINSURANCE | 5,314,325 |
| ADVANCE PREMIUM | 726,898 |
| PAYABLE FOR SECURITIES LENDING | 7,769,155 |
| CEDED REINSURANCE NET PREMIUMS PAYABLE | (70,803,744) |
| ESCHEAT LIABILITY | 525,399 |
| OTHER ACCRUED EXPENSES AND LIABILITIES | 282,062 |
| TOTAL LIABILITIES | $ 2,559,106,957 |
| CAPITAL STOCK | $ 6,480,000 |
| PAID IN SURPLUS | 433,803,760 |
| OTHER SURPLUS | 1,340,168,061 |
| TOTAL SURPLUS TO POLICYHOLDERS | $ 1,780,451,821 |
| TOTAL LIABILITIES & SURPLUS | $ 4,339,558,778 |

STATE OF CONNECTICUT )

COUNTY OF HARTFORD ) SS.

CITY OF HARTFORD )

MICHAEL J. DOODY, BEING DULY SWORN, SAYS THAT HE IS SECOND VICE PRESIDENT, OF TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, AND THAT TO THE BEST OF HIS KNOWLEDGE AND BELIEF, THE FOREGOING IS A TRUE AND CORRECT STATEMENT OF THE FINANCIAL CONDITION OF SAID COMPANY AS OF THE 31ST DAY OF DECEMBER, 2012.

SECOND VICE PRESIDENT

SUBSCRIBED AND SWORN TO BEFORE ME THIS
20TH DAY OF MARCH, 2013

NOTARY PUBLIC

SUSAN M. WEISSLEDER
*Notary Public*
*My Commission Expires November 30, 2017*



# CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

STATE OF NEW YORK

DEPARTMENT OF FINANCIAL SERVICES

It is hereby certified that

**Travelers Casualty and Surety Company of America**

Of Hartford, Connecticut

a corporation organized under the laws of the State of Connecticut and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $1,780,451,821 (Capital $6,480,000) as is shown by its sworn financial statement for the year ending December 31, 2012 on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.




In Witness Whereof, I have

unto set my hand and affixed

official seal of this Department in the City of Albany, this 26th day of April, 2013.

**Benjamin M. Lawsky**
**Superintendent of Insurance**

By *Jacqueline Catalfamo*

**Jacqueline Catalfamo**
**Special Deputy Superintendent**