Jeffrey A. Mitchell
Judith R. Cohen
DICKSTEIN SHAPIRO LLP
1633 Broadway
New York, New York  10019-6708
(212) 277-6500
Attorneys for Plaintiff/Appellant

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br>                          Debtors. | Chapter 11<br><br>Case No. 08-13555 (SCC)<br>Jointly Administered |
| In re:<br><br>LEHMAN BROTHERS, INC.,<br><br>                          Debtor. | Case No. 08-01420 (SCC) SIPA |
| FIRSTBANK PUERTO RICO,<br><br>                          Plaintiff,<br><br>-against-<br><br>BARCLAYS CAPITAL INC.,<br><br>                          Defendant. | Adversary Proc. No. 10-04103 (SCC) |

**APPELLANT FIRSTBANK PUERTO RICO'S STATEMENT OF ISSUES ON APPEAL
AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

Appellant FirstBank Puerto Rico ("FirstBank"), by its attorneys Dickstein Shapiro LLP, pursuant to Fed. R. Bankr. P. 8006 submits the following designation of items to be included in the record on appeal and statement of issues to be presented on the appeal to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a), from the Judgment for Barclays Capital, Inc. of United States Bankruptcy Judge James M. Peck entered on January 23, 2014 (Dkt. No. 91); the underlying Order Denying Motion of FirstBank Puerto

Rico for Summary Judgment, Granting Motion of Barclays Capital Inc. for Summary Judgment, and Setting Briefing Schedule for Motion of Barclays Capital Inc. for Civil Contempt Sanctions, dated May 23, 2013 (Dkt. No. 68); and the underlying Order Granting Motion of Barclays Capital Inc. for Civil Contempt Sanctions Against FirstBank Puerto Rico and Setting Amount of Award, dated January 23, 2014 (Dkt. No. 90).

## STATEMENT OF ISSUES

1. Whether the Bankruptcy Court erred in granting the motion by Barclays Capital Inc. ("Barclays") for civil contempt sanctions against FirstBank Puerto Rico ("FirstBank") for the reasons set forth in the Memorandum Decision Granting Motion For Civil Contempt Sanctions entered on December 3, 2013 (Dkt. No. 87).

2. Whether the Bankruptcy Court erred in determining that the Sale Order barred FirstBank's claims.

3. Whether the Bankruptcy Court erred in determining that the Sale Order is specific, clear and unambiguous.

4. Whether the Bankruptcy Court erred in disregarding the determination by the District Court, Hon. George B. Daniels, U.S.D.J., denying the motion to dismiss by Barclays and permitting FirstBank to proceed with its claims, on the basis that the Court could not resolve the issue of whether the Sale Order barred FirstBank's claims and whether the FirstBank Disputed Securities were Purchased Assets based on the pleadings alone or on the pleadings and the documents that were incorporated by reference and submitted to the court in connection with the motion to dismiss.

5. Whether the Bankruptcy Court erred in determining that the proof of FirstBank's noncompliance was clear and convincing.

2

6. Whether the Bankruptcy Court erred in determining that FirstBank willfully disregarded the Sale Order injunction and made no diligent attempt to comply with that injunction.

7. Whether the Bankruptcy Court erred in determining that FirstBank was in contempt at all times from the inception of its action against Barclays.

8. Whether the Bankruptcy Court erred in awarding Barclays its reasonable counsel fees and costs incurred in defending against FirstBank's claims.

9. Whether the Bankruptcy Court erred in awarding Barclays its reasonable counsel fees and costs incurred in defending against FirstBank's claims from the inception of the action.

10. Whether the Bankruptcy Court erred in granting the Barclays motion and awarding Barclays civil contempt sanctions where the Bankruptcy Court accepted that FirstBank proceeded at all times in good faith.

11. Whether the Bankruptcy Court erred in enforcing the Sale Order's injunction against FirstBank, where FirstBank did not have notice of and was a stranger to the proceedings held to consider and approve the Sale Order and the underlying Clarification Letter in which the definition of Purchased Assets is set forth.

12. Whether the Bankruptcy Court erred in granting summary judgment in favor of Barclays and against FirstBank for the various reasons set forth in the Statement of Issues of Appeal and Designation of Items To Be Included in the Record on Appeal filed by FirstBank on June 19, 2013 (Dkt. No. 70) and incorporated herein by reference, such issues being:

    a. Whether the Bankruptcy Court erred in granting summary judgment in favor of Barclays and against FirstBank for the reasons set forth in the Memorandum Decision

Denying Motion For Summary Judgment of FirstBank Puerto Rico and Granting Motion For Summary Judgment of Barclays Capital Inc. entered on May 10, 2013 (Dkt. No. 67).

      b.      Whether the Bankruptcy Court erred in determining that there were no material issues of disputed fact which precluded the entry of summary judgment in favor of Barclays.

      c.      Whether the Bankruptcy Court erred in determining that certain securities pledged by FirstBank as collateral (the "FB Collateral") to Lehman Brothers Special Financing Inc. ("LBSF") to secure SWAPs obligations under an ISDA Master Agreement constituted Purchased Assets under the Asset Purchase Agreement among Lehman Brothers Holdings, Inc. ("LBHI"), Lehman Brothers Inc. ("LBI"), LB 745 LLC and Barclays dated as of September 16, 2008 (the "APA"), and the Clarification Letter thereto dated September 20, 2008 (the "Clarification Letter").

      d.      Whether the Bankruptcy Court erred in determining that the Sale Order barred FirstBank's claims.

      e.      Whether the Bankruptcy Court erred in determining that internal repos within Lehman that moved the FB Collateral from LBSF to LBI gave LBI the legal right to their unrestricted use and made the FB Collateral "Securities owned by LBI," to be transferred by the Sale Order, under all of the facts and circumstances set forth in the record.

      f.      Whether the Bankruptcy Court erred in failing to consider whether LBI's sale of the FB Collateral to Barclays was a permitted use under the ISDA Master Agreement and Credit Support Annex between FirstBank and LBSF.

g. Whether the Bankruptcy Court erred in determining that LBI had the legal right to sell the FB Collateral under the Master Repurchase Agreement between LBSF and LBI (the "MRA") when the MRA did not include "sale" among the list of authorized uses.

h. Whether the Bankruptcy Court erred in determining that FirstBank's claims were prohibited by the Sale Order and its collateral deemed to be Purchased Assets to be transferred pursuant to the Sale Order, where the Sale Order and underlying documents were approved by the Court without notice to FirstBank that the FB Collateral would be affected, or giving it an opportunity to be heard before the FB Collateral was taken.

i. Whether the Bankruptcy Court erred in determining that FirstBank's claim to the FB Collateral is not a claim for specifically identifiable property under New York law.

j. Whether the Bankruptcy Court erred in determining that FirstBank should have asserted claims against LBSF or LBHI, when New York law expressly permits a party to pursue a claim for conversion where that party may also have a claim for breach of contract against other parties.

k. Whether the Bankruptcy Court erred in weighing the evidence submitted by the parties and granting summary judgment based thereon, rather than leaving such consideration to the trier of fact.

**DESIGNATION OF ITEMS**[1]

| Date | Docket Number | Description |
| --- | --- | --- |
| 10/28/2010 | 1 | Copy of Certified Order Transferring Case No. 09CV10317 from the U.S. District Court, S.D.N.Y. to the U.S. Bankruptcy Court, S.D.N.Y. with attached docket report and documents |
| 11/23/2010 | 4 | Case Management Plan and Scheduling Order |

---

[1] To the extent any of the below listed documents contain exhibits or attachments that are not specifically described, all such exhibits and attachments are included in this designation.

5

| Date | Docket Number | Description |
| --- | --- | --- |
| 4/5/2011 | 5 | Amended Case Management Plan and Scheduling Order |
| 04/05/2011 | 6 | Confidentiality So Ordered Stipulation and Protective Order Signed on 4/5/2011 Between Barclays Capital Inc. and FirstBank Puerto Rico |
| 8/10/2011 | 7 | Second Amended Case Management Plan and Scheduling Order |
| 12/8/2011 | 8 | Third Amended Case Management Plan and Scheduling Order |
| 4/2/2012 | 9 | Fourth Amended Case Management Plan and Scheduling Order |
| 7/18/2012 | 11 | Fifth Amended Case Management Plan and Scheduling Order |
| 09/13/2012 | 15 | Notice of Motion for Summary Judgment of Defendant Barclays Capital Inc. |
| 09/13/2012 | 16 | Declaration of Boaz S. Morag in Support of Defendant Barclays Capital Inc.'s Motion for Summary Judgment [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL][2] |
| 09/13/2012 | 17 | Memorandum of Law in Support of Barclays Capital Inc.'s Motion for Summary Judgment [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 09/13/2012 | 18 | Barclays Capital Inc.'s Statement of Undisputed Facts Pursuant to Local Rule 7056-1 in Support of its Motion for Summary Judgment [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 09/13/2012 | 19 | Stipulations of Fact [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 9/13/2012 | 20 | Motion for Contempt /Notice of Motion of Defendant Barclays Capital Inc. for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order |
| 9/13/2012 | 21 | Declaration of Boaz S. Morag in Support of Defendant Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order [REDACTED] [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 9/13/2012 | 22 | Memorandum of Law in Support of Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order [REDACTED] [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 09/13/2012 | 23 | Motion for Summary Judgment on behalf of FirstBank Puerto Rico |

---

[2] Placeholder pages were electronically filed to indicate those documents that were filed under seal.

| Date | Docket Number | Description |
|---|---|---|
| 09/13/2012 | 24 | Statement of Undisputed Facts Pursuant to Local Bankruptcy Rule 7056-1 on behalf of FirstBank Puerto Rico [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 09/13/2012 | 25 | Declaration of Judith R. Cohen in Support of Plaintiff's Motion for Summary Judgment [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 09/13/2012 | 26 | Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 09/20/2012 | 29 | Supplemental Declaration of Judith R. Cohen in Support of Plaintiff's Motion for Summary Judgment |
| 10/2/2012 | 31 | Memorandum of Law in Support of Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order |
| 10/02/2012 | 32 | Memorandum of Law in Support of Barclays Capital Inc.'s Motion for Summary Judgement [sic], dated September 13, 2012 |
| 10/02/2012 | 33 | Memorandum of Law in Support of Plaintiff's Motion for Summary Judgment, dated September 13, 2012 |
| 10/10/2012 | 34 | So Ordered Stipulation and Order Signed on 10/10/2012 Adjourning Contempt Motion Deadlines |
| 10/15/2012 | 35 | Memorandum of Law of Defendant Barclays Capital Inc. in Opposition to Motion of Plaintiff FirstBank Puerto Rico for Summary Judgment [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 10/15/2012 | 36 | Declaration of Boaz S. Morag in Support of Defendant Barclays Capital Inc.'s Opposition to the Motion of Plaintiff FirstBank Puerto Rico for Summary Judgment [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 10/15/2012 | 37 | Defendant Barclays Capital Inc.'s Statement of Additional Undisputed Material Facts Pursuant to Local Bankruptcy Rule 7056-1 [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 10/15/2012 | 38 | Response of Defendant Barclays Capital Inc. to the Statement of Purportedly Undisputed Material Facts of Plaintiff FirstBank Puerto Rico Pursuant to Local Bankruptcy Rule 7056-1 [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |

DOCSNY-559488 v1

| Date | Docket Number | Description |
|---|---|---|
| 10/15/2012 | 39 | Declaration of Judith R. Cohen in Opposition to Barclay Capital Inc.'s Motion for Summary Judgment and Exhibit 47 Thereto [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 10/15/2012 | 40 | Plaintiff's Memorandum of Law in Opposition to Barclay Capital Inc.'s Motion for Summary Judgment [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 10/15/2012 | 41 | Plaintiff's Responses to Barclay Capital Inc.'s Statement of Undisputed Facts Pursuant to Local Rule 7056-1 in Support of its Motion for Summary Judgment and Statement of Additional Material Facts [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 10/16/2012 | 45 | FILED UNDER SEAL: Memorandum of Law of Defendant Barclays Capital Inc. in Opposition to Motion of Plaintiff FirstBank Puerto Rico for Summary Judgment |
| 10/16/2012 | 46 | FILED UNDER SEAL: Response of Defendant Barclays Capital Inc. to the Statement of Purportedly Undisputed Material Facts of Plaintiff FirstBank Puerto Rico Pursuant to Local Bankruptcy Rule 7056-1 |
| 10/16/2012 | 47 | FILED UNDER SEAL: Defendant Barclays Capital Inc.'s Statement of Additional Undisputed Material Facts Pursuant to Local Bankruptcy Rule 7056-1 |
| 10/16/2012 | 48 | FILED UNDER SEAL: Declaration of Boaz S. Morag in Support of Defendant Barclays Capital Inc.'s Opposition to the Motion of Plaintiff FirstBank Puerto Rico for Summary Judgment |
| 10/19/2012 | 44 | Memorandum of Law of Defendant Barclays Capital Inc. in Opposition to Motion of Plaintiff FirstBank Puerto Rico for Summary Judgment, dated October 15, 2012 |
| 10/22/2012 | 49 | Memorandum of Law of Plaintiff FirstBank Puerto Rico in Opposition to Barclay Capital Inc.'s Motion for Summary Judgment, dated October 15, 2012 |
| 11/21/2012 | 52 | Reply Declaration of Jeffrey A. Mitchell in Further Support of Plaintiff's Motion for Summary Judgment and Exhibits 48-51 Thereto [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 11/21/2012 | 53 | Reply Memorandum of Defendant Barclays Capital Inc. in Support of its Motion for Summary Judgment [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |

| Date | Docket Number | Description |
| --- | --- | --- |
| 11/21/2012 | 54 | Response of Defendant Barclays Capital Inc. to the Statement of Additional, Purportedly Undisputed Material Facts of Plaintiff FirstBank Puerto Rico Pursuant to Local Bankruptcy Rule 7056-1 [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 11/21/2012 | 55 | Declaration of Catherine Hart [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 11/21/2012 | 56 | Plaintiff's Responses to Defendant Barclays Capital Inc.'s Statement of Additional Undisputed Material Facts Pursuant to Local Bankruptcy Rule 7056-1 [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 11/21/2012 | 57 | Reply Memorandum of Law in Further Support of Plaintiff's Motion for Summary Judgment [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 11/21/2012 | 63 | (Filed Under Seal) Reply Memorandum of Defendant Barclays Capital Inc. in Support of its Motion for Summary Judgment by Lindsee P. Granfield on behalf of Barclays Capital, Inc. [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 11/21/2012 | 64 | Response of Defendant Barclays Capital Inc. to the Statement of Additional, Purportedly Undisputed Material Facts of Plaintiff First Bank Puerto Rico Pursuant to Local Bankurptcy Rule 7056-1 (FILED UNDER SEAL) [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 11/21/2012 | 65 | Declaration of Catherine Hart (FILED UNDER SEAL) filed by Catherine Hart |
| 11/28/2012 | 60 | Reply Memorandum of Law in Further Support of Plaintiff's Motion for Summary Judgment, dated November 21, 2012 |
| 11/28/2012 | 61 | Reply Memorandum of Defendant Barclays Capital Inc. in Support of its Motion for Summary Judgment, dated November 21, 2012 |
| 01/25/2013 | 66 | Transcript regarding Hearing Held on 01/16/2013 10:03 AM RE: Motion for Summary Judgment; FirstBank Puerto Rico Motion for Summary Judgment |
| 05/10/2013 | 67 | Memorandum Decision Signed on 5/10/2013 Denying Motion for Summary Judgment of FirstBank Puerto Rico and Granting Motion for Summary Judgment of Barclays Capital Inc. |
| 05/23/2013 | 68 | Order Signed on 5/23/2013 Denying Motion of FirstBank Puerto Rico for Summary Judgment, Granting Motion of Barclays Capital Inc. for Summary Judgment, and Setting Briefing Schedule of Barclays Capital Inc. for Civil Contempt Sanctions |
| 06/05/2013 | 69 | Notice of Appeal on behalf of FirstBank Puerto Rico |

| Date | Docket Number | Description |
| --- | --- | --- |
| 06/28/2013 | 71 | Declaration in Opposition to the Motion by Defendant Barclays Capital Inc. for Civil Contempt Sanctions Against FirstBank Puerto Rico, filed by Jeffrey A. Mitchell on behalf of FirstBank Puerto Rico |
| 06/28/2013 | 72 | Memorandum of Law in Opposition to the Motion by Defendant Barclays Capital Inc. for Civil Contempt Sanctions Against FirstBank Puerto Rico- FILED UNDER SEAL [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 08/05/2013 | 77 | Memorandum of Law / [REDACTED] Reply Memorandum of Law in Further Support of Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 08/05/2013 | 78 | Supplemental Declaration of Boaz S. Morag in Further Support of Defendant Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order, dated August 5, 2013 [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 08/06/2013 | 82 | FILED UNDER SEAL: Reply Memorandum of Law in Further Support of Barclays Capital Inc.'s Motion for Civil Contempt Sanctions Against FirstBank Puerto Rico for Willful Violation of the Sale Order) [PLACEHOLDER PAGE, DOCUMENT FILED UNDER SEAL] |
| 10/25/2013 | 86 | Transcript regarding Hearing Held on 10/23/2013 10:04AM RE: Motion for Civil Contempt Sanctions. |
| 12/03/2013 | 87 | Memorandum Decision Signed on 12/3/2013 Granting Motion for Civil Contempt Sanctions |
| 12/18/2013 | 88 | So Ordered Stipulation and Order Signed on 12/18/2013 Extending Time to Meet and Confer |
| 01/23/2014 | 89 | So Ordered Stipulation and Order Signed on 1/23/2014 Concerning Entry of Order and Judgment |
| 01/23/2014 | 90 | Order Signed on 1/23/2014 Granting Motion of Barclays Capital Inc. for Civil Contempt Sanctions Against FirstBank Puerto Rico and Setting Amount of Award |
| 01/23/2014 | 91 | Judgment signed on 1/23/2014. JUDGMENT INDEX NUMBER BC 14,0014 |
| 02/05/2014 | 94 | Notice of Appeal on behalf of FirstBank Puerto Rico |
| 02/07/2014 | 95 | Supersedeas Bond Issued by Travelers Casualty and Surety Company of America in the amount of $2,775,450.00 |

Dated: New York, New York
February 19, 2014

                        DICKSTEIN SHAPIRO LLP

                        By:   s/Jeffrey A. Mitchell
                            Jeffrey A. Mitchell
                            Judith R. Cohen
                        1633 Broadway
                        New York, New York  10019-6708
                        (212) 277-6500
                        Attorneys for Plaintiff/Appellant
                        FirstBank Puerto Rico