UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>LEHMAN BROTHERS HOLDINGS, INC., et al.,<br><br>Debtors. | Chapter 11 Case No.<br><br>08-13555 (JMP)<br><br>Jointly Administered |
| FIRSTBANK PUERTO RICO,<br><br>Plaintiff,<br><br>- against -<br><br>BARCLAYS CAPITAL INC.,<br><br>Defendant. | Adversary Proc. No.<br><br>10-04103 (JMP) |

**BARCLAYS CAPITAL INC.'S COUNTERDESIGNATIONS PURSUANT TO
FEDERAL RULE OF BANKRUPTCY PROCEDURE 8006**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure, appellee Barclays Capital Inc. ("Barclays") hereby designates additional items to be included in the record on the appeal of FirstBank Puerto Rico ("FirstBank") from the Judgment for Barclays Capital Inc., entered by the United States Bankruptcy Court for the Southern District of New York (Peck, J.) on January 23, 2014 (ECF No. 91); and the underlying Order Denying Motion of FirstBank Puerto Rico for Summary Judgment, Granting Motion of Barclays Capital Inc. for Summary Judgment, and Setting Briefing Schedule for Motion of Barclays Capital Inc. for Civil Contempt Sanctions, entered on May 23, 2013 (ECF No. 68); and Order Granting Motion of

Barclays Capital Inc. for Civil Contempt Sanctions Against FirstBank Puerto Rico and Setting Amount of Award, dated January 23, 2013 (ECF No. 90).

### Barclays' Counterstatement of Issues Presented on Appeal

Pursuant to Federal Rule of Bankruptcy Procedure 8010(a)(2), Barclays reserves the right to provide its counterstatement of the issues presented on FirstBank's appeal in its appellee brief, which is currently due on May 15, 2014.

### Additional Items Designated for the Record on Appeal[1]

Barclays hereby designates pursuant to Bankruptcy Rule 8006 the following additional items to be included in the record on appeal:

| Date | Docket Number | Description |
|---|---|---|
| July 2, 2013 | 73 | Barclays Capital Inc.'s Statement of Issues Presented on Appeal and Counterdesignation of Additional Items to be Included in the Record on Appeal of FirstBank Puerto Rico |
| February 4, 2014 | 96 | Relevant portions of the Transcript of Hearing Held on January 29, 2014 RE: Status Conference |

---

[1] For the avoidance of doubt, Barclays hereby designates any item referenced in Appellant FirstBank Puerto Rico's Statement of Issues on Appeal and Designation of Items to Be Included in the Record on Appeal, dated February 19, 2014 (ECF No. 97), that was filed under seal and for which a "placeholder" was electronically filed on PACER. Such under-seal documents, and not merely their "placeholders" on PACER, should be included in the record on appeal.

Dated: February 28, 2014
New York, New York

        Respectfully submitted,

        CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
        Lindsee P. Granfield
        Boaz S. Morag

        One Liberty Plaza
        New York, New York 10006
        (212) 225-2000

        Attorneys for Barclays Capital Inc.