```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
In re

LEHMAN BROTHERS HOLDINGS, et al.,           MEMORANDUM AND ORDER

                     Debtors.               13 Civ. 4732 (NRB)
----------------------------------X         14 Civ. 1935 (NRB)
FIRSTBANK PUERTO RICO,

                     Plaintiff-Appellant,

          - against -

BARCLAYS CAPITAL INC.,

                     Defendant-Appellee.
----------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/27/2014

**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**

**WHEREAS** on June 5, 2013, plaintiff-appellant FirstBank Puerto Rico ("FirstBank") filed a notice of appeal (the "2013 Appeal") from the Bankruptcy Court's May 23, 2013 Order (the "2013 Order") denying its motion for summary judgment;

**WHEREAS** briefing on the 2013 appeal was stayed pending the Bankruptcy Court's final resolution of the motion by defendant-appellee Barclays Capital Inc. ("Barclays") for civil contempt sanctions against FirstBank;

**WHEREAS** on January 23, 2014, the Bankruptcy Court issued an Order (the "2014 Order") granting Barclays contempt motion, entering judgment for Barclays in the amount of $2,500,000, and dismissing FirstBank's claims with prejudice;

**WHEREAS** on February 5, 2014, FirstBank filed a notice of

appeal (the "2014 Appeal") from both the 2013 Order and the 2014 Order;

**WHEREAS** the 2014 Appeal has been filed and accepted as related to the 2013 Appeal, and the parties have agreed to consolidate the 2013 appeal with the 2014 Appeal;

**WHEREAS** the 2014 Appeal includes all of the substantive issues and record evidence from the 2013 Appeal; it is hereby

**ORDERED** that the Clerk of the Court shall close the docket of the 2013 Appeal (13 Civ. 4732) for administrative purposes and without prejudice to the parties; and it is further

**ORDERED** that all future filings be made on the docket of the 2014 Appeal (14 Civ. 1935).


Dated:   New York, New York
         March 26, 2014

_____
NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

Copies of the foregoing Order have been mailed on this date to the following:

**Attorneys for FirstBank Puerto Rico**

Jeffrey A. Mitchell, Esq.
Judith R. Cohen, Esq.
Dickstein Shapiro LLP
1633 Broadway
New York, NY 10019-6708

**Attorneys for Barclays Capital Inc.**

Lindsee P. Granfield, Esq.
Boaz S. Morag, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006